UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricky Mott,<br><br>   Debtor and Appellant,<br><br>v.<br><br>RGN-NEW YORK XXX, LLC by its agent Regus Management Group, LLC,<br><br>   Appellee. | Civ. A. No. 1:25-cv-02785-DEH<br><br>(Appeal from Bankr. Ch. 7<br>Case No. 25-10110-shl) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas J. Schell, counsel at Bryan Cave LLP, hereby appears as counsel for Appellee RGN-NEW YORK XXX, LLC by its agent Regus Management Group, LLC ("Regus" or "Appellee") in the above-captioned proceeding, and requests that all further papers in this proceeding be served upon him at the following address:

  Thomas J. Schell
  BRYAN CAVE LLP
  1290 Avenue of the Americas
  New York, NY  10104
  Telephone:  (212) 541-2115
  thomas.jschell@bryancave.com

Thomas J. Schell is admitted to practice before this Court.

Dated: May 7, 2025

                Respectfully submitted,

                BRYAN CAVE LEIGHTON PAISNER LLP

                By: */s/ Thomas J. Schell*
                    Thomas J. Schell
                    1290 Avenue of the Americas
                    New York, NY 10104-3300
                    Tel: (212) 541-2115
                    thomas.schell@bclplaw.com

                *Counsel to Appellee*