**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
In re:

RICKY MOTT,

                Debtor.
---------------------------------------------------------------------X
 RICKY MOTT,

                Debtor-Appellant,            25 **CIVIL** 2785 (DEH)

    -against-                        **JUDGMENT**


 RGN-NEW YORK XXX, LLC BY ITS
AGENT REGUS MANAGEMENT GROUP,
LLC,

                Appellee.
---------------------------------------------------------------------X


      It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 24, 2026, Regus's motion to dismiss is

GRANTED, and Debtor-Appellant's appeal of the Interlocutory Order is DISMISSED as moot;

accordingly, the case is closed.

**Dated:**  New York, New York
        March 25, 2026

                              **TAMMI M. HELLWIG**
                              _____
                                **Clerk of Court**


              **BY:**  _____
                               **Deputy Clerk**